908

No. 97–8562. DARNE v. JUNTUNEN. Sup. Ct. Wis. Certiorari denied.

No. 97–8573. THOMPSON v. HOPKINS, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 97–8574. TURKOWSKI v. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–8602. KIMBLE v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 97–8611. WILSON v. LANE, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–8624. DEPREE v. LIBRARY OF CONGRESS ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–8627. CALE v. STATE RETIREMENT AND PENSION SYSTEM OF MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 97–8648. STRACHAN v. TILLERY. C. A. 10th Cir. Certiorari denied.

No. 97–8666. RICKETTS v. DEPARTMENT OF THE AIR FORCE. C. A. Fed. Cir. Certiorari denied.

No. 97–8673. WEGNER v. LEWIS, INSPECTOR GENERAL, DEPARTMENT OF THE INTERIOR. C. A. 9th Cir. Certiorari denied.

No. 97–8675. EGGENA v. SOCIAL SECURITY ADMINISTRATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–8676. DARDEN v. DALTON, SECRETARY OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 97–8688. MITCHELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–8698. IGNACIO v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 97–8700. JACOBS v. MORGAN, WARDEN. C. A. 6th Cir. Certiorari denied.